UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Target Corporation, | Case Type: Contract |
| | Court File No. _____ |
| Plaintiff, | |
| v. | **COMPLAINT** |
| Lotz International LLC, | |
| Defendant. | |

Plaintiff Target Corporation ("Target"), by and for its Complaint against Defendant Lotz International LLC d/b/a Quicklotz ("Quicklotz"), states and alleges as follows:

## INTRODUCTION

1. This breach-of-contract action arises out of the agreements entered into by Target and Quicklotz, pursuant to which Quicklotz agreed to purchase salvage merchandise ("Assets") from Target. Quicklotz is in breach of the agreements because it has failed to pay Target for the Assets it received.

## PARTIES

2. Target Corporation is a Minnesota corporation with its principal place of business in Minneapolis, Minnesota.

3. Upon information and belief, Lotz International LLC is a limited liability company with two partners: Samuel Pires and Jack Stadtman.

4. Upon information and belief, Samual Pires is a citizen of North Carolina

5. Upon information and belief, Jack Stadtman is a citizen of Texas.

## JURISDICTION AND VENUE

6. This Court has jurisdiction under 28 U.S.C. § 1332 because complete diversity exists between both parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. Venue is proper in this Court under 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to the claim occurred in Minnesota.

8. In addition, the parties agreed that jurisdiction and venue are proper in this Court. The Purchaser Qualification Agreement ("PQA") governing the dispute provides that the "exclusive forum and venue for any legal action arising out of or related to this Agreement will be the United States District Court for the District of Minnesota, and the parties submit to the personal jurisdiction of that court." (PQA ¶ 29.)

## FACTUAL BACKGROUND

9. On March 12, 2021, Target and Quicklotz entered into the PQA.

10. The PQA provides that Target and Quicklotz may enter into subsequent Program Agreements. (PQA ¶ 1.1.)

11. On August 1, 2024, the parties entered into a Store Salvage Program Agreement for the term August 1, 2023 through July 31, 2024.

12. The Store Salvage Program Agreement incorporates the Purchaser Qualification Agreement. (Store Salvage Program Agreement at 1.)

13. On August 1, 2024, the parties entered into a Primary Supplier Store Salvage Program Agreement for the term August 1, 2024 through July 31, 2025.

2

14. The Primary Supplier Store Salvage Program Agreement incorporates the Purchaser Qualification Agreement. (Primary Supplier Store Salvage Program Agreement at 1.)

15. On August 27, 2024, the parties entered into a Secondary Supplier Store Salvage Program Agreement for the term August 27, 2024 through July 31, 2025.

16. The Secondary Supplier Store Salvage Program Agreement incorporates the Purchaser Qualification Agreement. (Secondary Supplier Store Salvage Program Agreement at 1.) (Collectively, the PQA, Store Salvage Program Agreement, Primary Supplier Store Salvage Program Agreement, and Secondary Supplier Program Agreement, are referred to as the "Agreements.")

17. Pursuant to the Agreements, Target provided the Assets to Quicklotz and provided load information reports regarding the Assets on a monthly basis.

18. Quicklotz was then required to "respond to Target within 5 business days and include any errors or discrepancies between Target's report and [Quicklotz's] records." (Program Agreements Ex. A ¶¶ 6.1.)

19. If Quicklotz did not respond to Target's report within 5 business days, Quicklotz was "deemed to have accepted Target's information as accurate." (*Id.*)

20. After this "reconciliation" process, Target issued an invoice to Quicklotz. (*Id.*) Payment was due within 15 days of the invoice. (*Id.* at Ex. A ¶¶ 6.2.)

21. Pursuant to the Agreements, beginning in August 2023, Target provided Assets, provided load information reports regarding such assets, and issued monthly invoices to Quicklotz for such Assets.

3

22. Quicklotz paid Target's August 2023, September 2023, October 2023, November 2023, December 2023, January 2024, February 2024, March 2024, April 2024, and May 2024 Store Salvage invoices.

23. Quicklotz has failed to pay Target's June 2024, July 2024, August 2024, September 2024, October 2024, November 2024, December 2024, January 2025, and February 2025 Store Salvage invoices. The total amount of unpaid past due invoices is $1,728,274.30.

24. The PQA provides that Quicklotz shall indemnify Target for its "reasonable attorneys' fees and expenses," "arising out of or otherwise relating to . . . [Quicklotz's] failure to perform as required by this Agreement." (PQA ¶ 17.1.)

## COUNT 1: BREACH OF CONTRACT

25. Target incorporates herein by reference the allegations contained in the preceding paragraphs of the Complaint.

26. The Agreements constitute binding and valid contracts between Target and Quicklotz.

27. Target fully performed its obligations under the terms of the Agreements.

28. Quicklotz failed to perform under the terms of the agreements by failing to pay Target's June 2024, July 2024, August 2024, September 2024, October 2024, November 2024, December 2024, January 2025, and February 2025 Store Salvage invoices when due.

29.  As a result of Quicklotz's failure to pay, Target has been damaged in the amount of $1,728,274.30, plus accrued interest, and its reasonable attorneys' fees and expenses incurred as a result of Quicklotz's breach of the Agreements.

## REQUEST FOR RELIEF

Wherefore, Plaintiff Target Corporation respectfully requests that the Court:

1.  Enter judgment in favor of Target and against Quicklotz in the amount of $1,728,274.30, plus interest;

2.  Award Target its reasonable attorneys' fees and expenses;

3.  Enter an Order for any such other and further relief as the Court deems fair, just, and equitable.

Dated:  March 6, 2026

*s/ Leah C. Janus*
Leah C. Janus (#0337365)
Natasha T. Robinson (#0399625)
Zachary S. McFarland (#0402372)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street
Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
ljanus@fredlaw.com
nrobinson@fredlaw.com
zmcfarland@fredlaw.com

*Counsel for Plaintiff Target Corporation*